IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MILES IVEY, <br> AIS #174963, <br><br> Plaintiff, <br><br> v. <br><br> PAULA COBIA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:19-CV-205-WHA <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On March 28, 2019, the Magistrate Judge entered a Recommendation (Doc. #4) to which no timely objections have been filed. After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is summarily dismissed with prejudice as frivolous pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) because the action about which the plaintiff complains was not committed by a person acting under color of state law.

3. A separate Final Judgment will be entered.

DONE this 26th day of April, 2019.

    /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE